JESSICA A. BETLEY
JEFFREY K. STARNES
Assistant U.S. Attorneys
U.S. Attorney's Office
P.O. Box 3447
Great Falls, MT 59403
119 First Ave. N., Suite 300
Great Falls, MT 59401
Phone: (406) 761-7715
Fax: (406) 453-9973
E-mail: jessica.betley@usdoj.gov
jeff.starnes@usdoj.gov

ATTORNEYS FOR PLAINTIFF
UNITED STATES OF AMERICA

FILED

MAR 02 2023

Clerk, U.S. District Court
District Of Montana
Great Falls

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | CR 23-23-GF-BMM |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | ROBBERY AFFECTING COMMERCE (Count 1)<br>Title 18 U.S.C. § 1951(a)<br>(Penalty: 20 years of imprisonment, $250,000 fine, and three years of supervised release) |
| SANTANA CRUZ LEDEAU, | |
| Defendant. | CARJACKING (Counts 2 & 4)<br>Title 18 U.S.C. § 2119<br>(Penalty: 15 years of imprisonment, a $250,000 fine, and three years of supervised release) |
| | ATTEMPTED CARJACKING (Count 3)<br>Title 18 U.S.C. § 2119<br>(Penalty: 15 years of imprisonment, a $250,000 fine, and three years of supervised release) |

1

|  | USING, CARRYING, AND BRANDISHING A FIREARM IN FURTHERANCE OF A CRIME OF VIOLENCE (Counts 5 & 6)<br>Title 18 U.S.C. § 924(c)(1)(A)<br><u>(Penalty for Carrying</u>: Mandatory minimum five years to life imprisonment, consecutive to any other sentence, $250,000 fine, and three years of supervised release)<br><u>(Penalty for Brandishing</u>:  Mandatory minimum seven years to life imprisonment, consecutive to any other sentence, a $250,000 fine, and three years of supervised release)<br><br>**CRIMINAL FORFEITURE**<br>18 U.S.C. § 924(d) |
|---|---|

THE GRAND JURY CHARGES:

## COUNT 1

## BACKGROUND

1.     That at all times material to Count 1 of this Indictment, the On the Run store, formerly known as the Conomart Superstore (herein after "On the Run"), was a gas station convenience store located at or near 1240 South 27th Street in Billings, Montana.

2.     That, as part of its regular business, On the Run engaged in commercial activities, including the selling of gasoline and diesel fuel, food items, beverages, tobacco, and other consumer products that had traveled in interstate and foreign commerce.

2

3. That in or about June 2022, John Doe #1 was an employee of On the Run.

## THE ROBBERY

That on or about June 11, 2022, at or near Billings, in Yellowstone County, in the State and District of Montana, the defendant, SANTANA CRUZ LEDEAU, did knowingly obstruct, delay and affect commerce and the movement of articles and commodities in such commerce, by robbery, as those terms are defined in 18 U.S.C. § 1951, in that defendant LEDEAU did unlawfully take and obtain property belonging to On the Run, a company involved in interstate commerce, in the presence and against the will of John Doe #1, by means of actual and threatened force, violence, and fear of injury, immediate and future, to John Doe #1's person, all in violation of 18 U.S.C. § 1951(a).

## COUNT 2

That on or about September 30, 2022, at or near Billings, in Yellowstone County, in the State and District of Montana, the defendant, SANTANA CRUZ LEDEAU, took a motor vehicle, that is, a 2017 Nissan Armada SUV, that had been transported, shipped, and received in interstate and foreign commerce, from and in the presence of Jane Doe, by force, violence, and intimidation, with the intent to cause death and serious bodily harm, in violation of 18 U.S.C. § 2119.

COUNT 3

That on or about October 17, 2022, at or near Ulm, in Cascade County, in the State and District of Montana, the defendant, SANTANA CRUZ LEDEAU, attempted to take a motor vehicle, that is, a 1994 Buick Century sedan, that had been transported, shipped, and received in interstate and foreign commerce, from and in the presence of John Doe #2, by force, violence, and intimidation, with the intent to cause death and serious bodily harm, in violation of 18 U.S.C. § 2119.

COUNT 4

That on or about October 17, 2022, at or near the town of Cascade, in Cascade County, in the State and District of Montana, the defendant, SANTANA CRUZ LEDEAU, took a motor vehicle, that is, a 2013 Honda CRV, that had been transported, shipped, and received in interstate and foreign commerce, from and in the presence of John Doe #3 by force, violence, and intimidation, with the intent to cause death and serious bodily harm, in violation of 18 U.S.C. § 2119.

COUNT 5

That on or about September 30, 2022, at and near Billings, in Yellowstone County, in the State and District of Montana, and elsewhere, the defendant, SANTANA CRUZ LEDEAU, knowingly used, carried, and brandished a firearm during and in relation to a crime of violence for which defendant LEDEAU may be prosecuted in a Court of the United Stated States, that is, carjacking, in violation of

18 U.S.C. § 2119, as charged in Count 2 of this indictment, in violation of 18 U.S.C. § 924(c)(1)(A).

COUNT 6

That on or about October 17, 2022, at and near Cascade, in Cascade County, in the State and District of Montana, and elsewhere, the defendant, SANTANA CRUZ LEDEAU, knowingly used and carried a firearm during and in relation to crime of violence for which defendant LEDEAU may be prosecuted in a Court of the United Stated States, that is, carjacking, in violation of 18 U.S.C. § 2119, as charged in Count 4 of this indictment, all in violation of 18 U.S.C. § 924(c)(1)(A).

//
//
//
//
//
//
//
//
//
//
//

## FORFEITURE ALLEGATION

Upon conviction of any offense set forth in this indictment, the defendant, SANTANA CRUZ LEDEAU, shall forfeit, pursuant to 18 U.S.C. § 924(d), any firearms and ammunition involved in any knowing violation of said offense.

A TRUE BILL.

Foreperson signature redacted.  Original document filed under seal.

FOREPERSON

*/s/ Timothy J. Cavan*
For JESSE A. LASLOVICH
United States Attorney

*/s/ Cyndee Peterson*
CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney